
FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 9:43 am, Jun 10, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

|  |  |
|---|---|
| CODY BRATCHER; and JESSICA WHITE, as surviving children of deceased Willie Elmer Bratcher; and JESSICA WHITE, as Administratrix of the Estate of Willie Elmer Bratcher,<br><br>        Plaintiffs,<br><br>TRINI ADAM KIGHT, as a surviving child of deceased Willie Elmer Bratcher,<br><br>        Intervening Plaintiff,<br><br>   v.<br><br>MANUEL GONZALEZ; ABC CORPORATIONS 1–10; and JOHN DOES 1–10,<br><br>        Defendants. | CIVIL ACTION NO.: 2:19-cv-6 |

## O R D E R

Plaintiffs and Intervening Plaintiff ("Movants") filed the instant Motion for Joinder, seeking to add Olin Wooten as a Defendant in this action.  Doc. 36.  This action arises out of the motor vehicle collision that resulted in the death of Willie Elmer Bratcher.  Doc. 1 at 2.  Movants contend Mr. Wooten, through an employee, supplied Defendant Gonzalez with a vehicle involved in the subject accident, and, therefore, Mr. Wooten is partially responsible for the death of Willie Bratcher.  Id. at 2–3.  Movants contend Mr. Wooten should be added as a required party under Federal Rule of Civil Procedure 19(a).  Id.  Movants state Defendant Gonzalez does not oppose the Motion for Joinder.  Id. at 4.  Moreover, no Defendant has filed a response to the Motion, and the time to do so has expired.

  Movants have met their burden under Rule 19(a) for adding Mr. Wooten as a Defendant. Additionally, based on the representations in Movants' Motion for Joinder, the Court would grant leave to Movants to amend their claims under Rule 15(a)(2) to assert claims against Mr. Wooten.  Accordingly, the Court **GRANTS** Movants' Motion. Id.  The Court **ORDERS** Movants to file their amended complaint adding Mr. Wooten as a defendant within 10 days of this Order.  Movants may not add additional claims or Defendants without an additional grant of leave to amend.

  **SO ORDERED**, this 10th day of June, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA